IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTIE AMOS *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-1180 |
| § | |
| CADLEROCK JOINT VENTURE II LLP., § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed.

SIGNED on February 3, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge